■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN LOPEZ, Appellant. [993 NYS2d 32]—Judgment, Supreme Court, New York County (Arlene D. Goldberg, J.), rendered October 22, 2010, as amended October 28, 2010, convicting defendant, after a jury trial, of two counts of course of sexual conduct against a child in the second degree, and sentencing him to consecutive terms of five years, unanimously affirmed.

The verdict was based on legally sufficient evidence. The testimony of the victims was sufficiently specific to warrant the conclusion that over a period of not less than three months defendant engaged in two or more acts of sexual conduct with children less than 11 years old, as required by Penal Law § 130.80 (1) (a) (*see e.g. People v Paramore*, 288 AD2d 53 [1st Dept 2001], *lv denied* 97 NY2d 759 [2002]).

Defendant's arguments concerning the People's summation are unpreserved, and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal, although some of the prosecutor's remarks would have been better left unsaid (*see People v Overlee*, 236 AD2d 133 [1st Dept 1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1st Dept 1992], *lv denied* 81 NY2d 884 [1993]). Concur—Gonzalez, P.J., Saxe, Richter, Feinman and Kapnick, JJ.